USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/18/16

UNITED STATES DISTRICT COURT
Southern DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Moses Flores, Sr.

                              Plaintiff,

-against-

The City of New York, NYPD, William Bratton, Sally Roes, PO Nelson De La Rosa, PO Wilfredo Benitez, PO Maria Britt, John Does 1-10

                              Defendant.

-----------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 5845 (JGK)(AJP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and



2.   Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       November 18 , 2016

*Attorney for Plaintiff*

By: _____
*Attorney for Plaintiff*
Jenny Pelaya Marashi

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor   Melissa Wachs
New York, New York 10007

By: _____

SO ORDERED:

_____
HON.
UNITED STATES

Dated: _____, 2016

3. The parties consent to the entry of an Order of Dismissal by a Magistrate pursuant to 28. USC 636 (c)

SO ORDERED:   _____ 11/18/16
Hon. Andrew J. Peck
United States Magistrate Judge

M) ECF: All Counsel
Jay H. Peck

BY ECF

2